UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CUTCO CORPORATION, a Delaware Corporation

    Plaintiff,

v.

COPIHUE'S COLLECTIONS LLC, a Maryland limited liability company, and CARMEN CHAND, an individual, both doing business as "Copihue" on the websites www.amazon.com, www.amazon.ca, and www.amazon.com.mx, and JOHN DOES 1-10,

    Defendants.

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Case No. 1:18-cv-00918

---

    Pursuant to Fed. R. Civ. P. 7.1(a), for its Corporate Disclosure Statement, defendant Cutco Corporation states it is a registered Delaware Corporation, authorized to do business in the State of New York. There is no parent company or publicly held corporation that owns 10% or more of Cutco Corporation. Cutco Corporation is the parent company for subsidiaries CUTCO Cutlery Corp., Vector Marketing Corporation, Ka-Bar Knives, and Schilling Forge.

Dated: Buffalo, New York
         September 6, 2018

PHILLIPS LYTLE LLP

By: _____
    Edward S. Bloomberg
    David J. Rudroff
Attorneys for Plaintiff
*Cutco Corporation*
One Canalside
125 Main Street
Buffalo, New York  14203-2887
Telephone No. (716) 847-8400
ebloomberg@phillipslytle.com
drudroff@phillipslyte.com

- and-

- 2 -

                        Adam C. Sherman, Esq.*
                        **VORYS, SATER, SEYMOUR AND PEASE LLP**
                        301 East Fourth Street
                        Suite 3500, Great American Tower
                        Cincinnati, OH 45202
                        Tel: 513.723.4680
                        acsherman@vorys.com
                        *Not admitted to practice in this Court

Doc #01-3144116